MICHELE BECKWITH
Acting United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:24-PO-00356-SCR |
| Plaintiff, | [Proposed] ORDER TO SET COLLATERAL AND RECALL BENCH WARRANT |
| v. | |
| BRIANA K. MANSON, | DATE: November 12, 2024<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Sean C. Riordan |

It is hereby ordered that the plaintiff United States of America's Motion to Set Collateral and Recall Bench Warrant in the above-captioned matter is GRANTED. The collateral forfeiture in the above-captioned case is hereby reset to $170.00, plus a processing fee of $30.00, for a total amount of $200.00.

It is further ordered that the bench warrant issued on November 12, 2024, shall be recalled.

IT IS SO ORDERED.

Dated: January 28, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1                                       U.S. v. Briana K. Manson